**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KATRINA JOCHAN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 1:15-cv-04326 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *et al.*, | ) ) ) ) | Hon. Harry D. Leinenweber |
| Defendants. | ) | |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff, Katrina Jochan, through her undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses this action without prejudice, with each party bearing its own attorneys' fees and costs.

Dated:  July 27, 2015                             Respectfully submitted,

                                                                KATRINA JOCHAN


                    By:        s/ William M. Sweetnam
                                       One of Her Attorneys

                                       William M. Sweetnam
                                       Phil Schlichting
                                       SWEETNAM LLC
                                       100 North La Salle Street, Suite 1010
                                       Chicago, Illinois  60602
                                       (312) 757-1888
                                       wms@sweetnamllc.com
                                       ps@sweetnamllc.com

                                       *Attorneys for Plaintiff Katrina Jochan*

## **CERTIFICATE OF SERVICE**

I certify that on July 27, 2015 foregoing document was served on all parties or their counsel of record through the Court's CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below: (none)

s/ William M. Sweetnam